# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00009-CV

**Stoughton OPCO, LLC; Fall River OPCO, LLC; Newburyport OPCO, LLC; Swansea OPCO, LLC; Franklin OPCO, LLC; and G5 OPCO Lessee, LLC, Appellants**

**v.**

**Austin Business Finance, LLC, Appellee**

### FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY NO. 25-0858-C425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to dismiss this appeal. We grant Appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly, and Ellis

Dismissed on Appellants' Motion

Filed: January 29, 2026